John Bragonje, Bar No. 9519
Nancy R. Snow, Bar No. 14623
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: JBragonje@lrrc.com
E-mail: NSnow@lrrc.com

*Attorneys For Plaintiff, JIA JIA USA LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jia Jia USA LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GBS Business Corp., a Nevada corporation; POA Commercial, LLC, a Nevada limited liability company; Dionisio Lee Yang a/k/a Dionisio Johnny Yang, an individual; Jeannie Shiang-Mei Wey, an individual; Johnny Lee, an individual; Does 1 to 10, inclusive,<br><br>　　　　Defendants.<br><br>GBS Business Corp., a Nevada corporation; POA Commercial, LLC, a Nevada limited liability company,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>Jia Jia USA, LLC,<br><br>　　　　Counterdefendant. | Case No.: 2:19-cv-02212-APG-VCF<br><br>**STATUS REPORT CONCERNING NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING HEARING** |

　　　　The parties have settled this dispute. The parties ask that the Court suspend all deadlines and vacate the hearings and deliberations related to the motion to dismiss [ECF No. 21], the request for a pre-judgment writ of attachment [ECF No. 15], and the request for a temporary restraining order and preliminary injunction [ECF Nos. 19, 20], the latter

110606658.1

two of which are currently scheduled for hearing on March 10, 2020, at 10:00 a.m. The parties anticipate submitting a stipulation to dismiss this case within the next 30 days.

IT IS SO STIPULATED.

Dated this 28th day of February, 2020.  Dated this 28th day of February, 2020

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ John E. Bragonje*
John E. Bragonje (SBN 9519)
Nancy R. Snow, Bar No. 14623
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
jbragonje@lrrc.com
nsnow@lrrc.com

*Attorneys for Plaintiff/
Counterdefendant*

MARQUIS AURBACH COFFING

By: */s/ Jack Chen Min Juan*
Jack Chen Min Juan (SBN 6367)
Michael D. Maupin (SBN 13721)
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: 702.382.0711
jjuan@maclaw.com
mmaupin@maclaw.com

*Attorneys for
Defendants/Counterclaimants*

### ORDER

IT IS HEREBY ORDERED that all pending deadlines are hereby suspended and the hearing currently scheduled on March 10, 2020 at 10:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: March 2, 2020.

110606658.1