# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JIA JIA USA LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>GBS BUSINESS CORP., a Nevada Corporation, *et al.*,<br><br>Defendants.<br><br>GBS BUSINESS CORP., a Nevada corporation; POA Commercial, LLC, a Nevada limited liability company,<br><br>Counterclaimants, | 2:19-cv-02212-APG-VCF<br><br>**ORDER**<br><br>MOTION FOR LEAVE TO FILE COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM BY COUNTER CLAIMANTS GBS BUSINESS CORPORATION, POA COMMERCIAL, LLC [ECF No. 23] |

Before the Court is counterclaimants GBS Business Corp. and POA Commercial, LLC's motion for leave to file its second amended counterclaim (ECF No. 23). On February 28, 2020, the parties filed a notice of settlement. (ECF No. 26). The Court denies the counterclaimants' instant motion, without prejudice, as moot.

ACCORDINGLY,

IT IS ORDERED that the counterclaimants' motion for leave to amend is (ECF No. 23) is DENIED without prejudice.

IT IS SO ORDERED.

DATED this 26th day of March 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1