# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIA JIA USA LLC, | Case No.: 2:19-cv-02212-APG-VCF |
| Plaintiff | **Order for Stipulation to Dismiss or Status Report** |
| v. | |
| GBS BUSINESS CORPORATION, et al., | |
| Defendants | |

On February 28, 2020, the parties advised the court that that they had settled this lawsuit and anticipated filing a stipulation to dismiss within 30 days. ECF No. 26. The parties have not filed a stipulation to dismiss, however.

I THEREFORE ORDER that by June 5, 2020, the parties shall file either a stipulation to dismiss or a status report.

DATED this 22nd day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE