# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIA JIA USA LLC, | Case No.: 2:19-cv-02212-APG-VCF |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 14, 15, 19, 20] |
| GBS BUSINESS CORPORATION, et al., | |
| Defendants | |

In light of the parties' status reports indicating they have settled this matter (ECF Nos. 31, 32),

I ORDER that the pending motions **(ECF Nos. 14, 15, 19, 20) are DENIED as moot**.

DATED this 29th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE