John Bragonje, Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: JBragonje@lrrc.com

*Attorneys For Plaintiff, JIA JIA USA LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jia Jia USA LLC, a Nevada limited liability company,<br><br>　　Plaintiff,<br><br>v.<br><br>GBS Business Corp., a Nevada corporation; POA Commercial, LLC, a Nevada limited liability company; Dionisio Lee Yang a/k/a Dionisio Johnny Yang, an individual; Jeannie Shiang-Mei Wey, an individual; Johnny Lee, an individual; Does 1 to 10, inclusive,<br><br>　　Defendants. | Case No.: 2:19-cv-02212-APG-VCF<br><br><br><br><br><br>**Stipulation and Order Dismissing Lawsuit with Prejudice** |
| GBS Business Corp., a Nevada corporation; POA Commercial, LLC, a Nevada limited liability company,<br><br>　　Counterclaimants,<br><br>v.<br><br>Jia Jia USA, LLC,<br><br>　　Counterdefendant. | |

　　Defendants GBS Business Corp.; Xi Bei Nevada LLC; Dionisio Lee Yang a/k/a Dionisio Johnny Yang; and Johnny Lee, by and through their attorneys, Jack C. Juan, Esq., and Michael D. Maupin, Esq., with the law firm of Marquis Aurbach Coffing; POA Commercial, LLC and Jeannie Shiang-Mei Wey by and through their attorneys, Sarah A. Morris and Timothy Wiseman, of the Morris Law Center; and Golden Stone Investment

111541082.1

1  Holdings LLC, by and through its counsel, Andrew H. Pastwick of the Law Office of Andrew
2  H. Pastwick L.L.C.; and Plaintiffs Jia Jia USA LLC and JTM Nevada LLC, by and through
3  their attorneys, John Bragonje, Esq., of the law firm of Lewis Roca Rothgerber Christie, LLP
4  hereby stipulate as follows:

5      The parties have entered into a separate, written settlement agreement and stipulate
6  that all claims asserted in the above-captioned matter are hereby dismissed with prejudice,
7  with each party to bear his, her, or its own respective attorney fees and costs.

8      IT IS SO STIPULATED.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | MARQUIS AURBACH COFFING |
|---|---|
| By: */s/ John E. Bragonje*<br>John E. Bragonje (SBN 9519)<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>jbragonje@lrrc.com<br><br>*Attorneys for Plaintiffs Jia Jia USA LLC and JTM Nevada LLC* | By: */s/ Michael D. Maupin*<br>Jack Chen Min Juan (SBN 6367)<br>Michael D. Maupin (SBN 13721)<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone: 702.382.0711<br>jjuan@maclaw.com<br>mmaupin@maclaw.com<br><br>*Attorneys for Defendants GBS Business Corp.; Xi Bei Nevada LLC; Dionisio Lee Yang a/k/a Dionisio Johnny Yang; and Johnny Lee* |
| MORRIS LAW CENTER | LAW OFFICE OF ANDREW H. PASTWICK L.L.C. |
| By: */s/ Timothy Wiseman*<br>Sarah A. Morris (SBN 8461)<br>Timothy Wiseman (SBN 13786)<br>5450 W Sahara Ave., Suite 330<br>Las Vegas, NV 89146<br>Telephone: 702.213.8618<br>sarah@morrislawcenter.com<br>tim@morrislawcenter.com<br><br>*Attorneys for Defendants POA Commercial, LLC and Jeannie Shiang-Mei Wey* | By: */s/ Andrew H. Pastwick*<br>Andrew H. Pastwick (SBN 9146)<br>1810 E. Sahara Ave., Suite 120<br>Las Vegas, NV 89104<br>Telephone: 702.866.9978<br>apastwick@pastwicklaw.com<br><br>*Attorneys for Defendant Golden Stone Investment Holdings LLC* |

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: June 22, 2020.

111541082.1